# Sixth District Court of Appeal
## State of Florida

_____

Case No. 6D23-586
Lower Tribunal No. 21-CA-004439

_____

Kelly McGregor Subdivision Homeowners Association, Inc. and Goede, Adamczyk, Deboest & Cross, PLLC,

Appellants,

v.

Paul DeGuerre,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Joseph C. Fuller, Judge.

January 2, 2024

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and GANNAM, JJ., concur.

Kristie P. Mace and Peter J. Cambs, of Goede, Deboest & Cross, PLLC, Fort Myers, for Appellants.

David W. Fineman, of F&L Law Group, P.A., Fort Myers, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED